The United States District Court Eastern Division
of the United states Middle Division

in

The

Asheville Division

FILED
ASHEVILLE, NC

AUG 0 1 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

JOHNATHAN W. WARD

#1651161                   plaintiff
22385 McGirts Bridge Rd
Laurinburg NC 28352

Docket No. 1:25-cv-00242-MR

V.

Demand Jury trial

Mary B. Locklear

Yolanda M. Gause

Defendant (s)
22385 McGirts Bridge Rd
Laurinburg NC 28352

The Plaintiff JOHNATHAN WENDELL WARD pro se respectfully submit this complaint
Illegal Incarceration.
Check one

☐     under 42, § 1985

☑     under 42, § 1983 and 28 § 1343, USC, by virtue of
Fourteen Amendment to the United States Constitution. Deposes and sup-
The defendants Mary B. Locklear, and YOLANDA M. GAUSE as Warden and custody manager.

The defendants acting under color of state law and institutional
policy, as Warden and Custody management officer at Scotland Correctional
Institution. Willfully and negligently, illegally incarcerated the
Plaintiff. After ignoring release papers and inconsistent imagery
of the OPUS Government Database, as 1651161 is not a legally active
OPUS number, defendants merged plaintiffs expired opus number
to an older offenders OPUS account illegally.

```
                 NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY        08/15/22
IBSR140 (60)        TRUST FUND ACCOUNT STATEMENT                    18:07:32
                    FACILITY: 3730  - MARION CI                     PAGE  252
                       FOR: 08/08/22 - 08/15/22
```

```
ACCT. NAME: WARD, JOHNATHAN W.                      ACCT#: 1651161
            BED: EU3C-012                         TYPE: INMATE
```

```
          ENDING BALANCE 08/15/22  $     0.00  INCLUDES CANTEEN LIMIT OF $ 0.00
```

| | BATCH | | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| DATE | NBR. | TYPE | NUMBER | FACL | +/- | AMOUNT | BALANCE |

```
                              BEGINNING BALANCE        $       0.00
```

| DEBT DATE | DEBT TIME | TYPE OF DEBT | | AMOUNT OF DEBT | AMOUNT STILL OWED |
|---|---|---|---|---|---|
| 04/06/22 | 10:49 | ADM FEE | -CASE#2/23/2210:49 | $    10.00 | $    1.59 |
| 08/01/22 | 09:27 | DENTAL | -Dental Tx Encounter | $     5.00 | $    5.00 |

```
THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 08/08/2022 AT 01:01:01 AND 08/15/2022 AT 18:07:32.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    AUGUST   15, 2022 AT 18:07:32.
```

1. On 7-9-25 officers of Southern Correctional Institution dropped the plaintiff off at Scotland Correctional Institution nearly four months after Plaintiff's schedueled release date on 3-14-25. This date is the expiration of all legal and valid sentencing allowed. The Court only held jurisdiction to sentence for indecent liberties charges that were technically dismissed at trial, but ignored dismissals due to the invalid nature of the trial left the clerk of Court (Christy S. Bailey) stuck with only three charges which could be included in the fraudulant Judgment Order/Deposition of Structured Sentencing. After box carting 16crs 51943, 20crs 591-592, and an indecent liberties charge left from trial under 20crs 000591, my legal and valid charges have all expired.

2. By accepting and processing an offender with a Red folder in his case jacket, Defendants knowingly and negligently illegally incarcerated the Plaintiff. Furthermore, by trying to cover it up Defendants used officers to aid and abbett efforts.

3. Plaintiff has expressed the invalid nature of his incarceration and has yet to achieve the desired results..

WHEREFORE Plaintiff JOHNATHAN WENDELL WARD demands a judgment and Damages in the form of injunctive relief, monetary damages of the amount of $1,500.00 (per day) for past and future incarceration, and all other and further relief the court deems proper.

This being the 29th day of July 2025

respectfully submitted

```
                    NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY          08/01/22
IBSR140 (60)           TRUST FUND ACCOUNT STATEMENT                     18:02:57
                       FACILITY: 3730 - MARION CI                       PAGE  253
                          FOR: 07/25/22 - 08/01/22
```

```
   ACCT. NAME: WARD, JOHNATHAN W.                           ACCT#: 1651161
          BED: EU3C-012                              TYPE: INMATE

          ENDING BALANCE 08/01/22  $      0.00  INCLUDES CANTEEN LIMIT OF $ 0.00
```

|  | BATCH | | REFERENCE | | | | |
| DATE | NBR. | TYPE | NUMBER | FACL | +/- | AMOUNT | BALANCE |
| ---- | ---- | ---- | ------ | ---- | --- | ------ | ------- |
| | | | | BEGINNING BALANCE | | $ | 0.00 |

| DEBT DATE | DEBT TIME | TYPE OF DEBT | | AMOUNT OF DEBT | AMOUNT STILL OWED |
| --------- | ----- | ----------------------------------------- | --------------- | --------------- |
| 04/06/22 | 10:49 | ADM FEE  -CASE#2/23/2210:49 | $  10.00 | $  1.59 |

```
THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 07/25/2022 AT 01:01:01 AND 08/01/2022 AT 18:02:57.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,   AUGUST    1, 2022 AT 18:02:57.
```

Asheville/Bryson City Division office
Mail to: 401 W. Trade Street, Room 210
Charlotte NC 28202

Second of 4